```
William P. Daley
California State Bar No. 53372
3871 Piedmont Ave., Ste. 321
Oakland, CA 94611
(510 )384-4567
(510) 893-4121

Attorney for Wendell Christopher Scott
```

*E-FILED - 5/7/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | Case No.:   CR-09-00104-RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Stipulation and [ Order Continuing Status Hearing |
| vs. | ) | |
| Wendell Christopher Scott | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Joseph Fazioli, and defendant Wendell Christopher Scott, by his counsel William P. Daley hereby stipulate and agree that the status hearing currently set for Monday, April 20, 2009 at 9:00 a.m., should be continued until Monday, May 4, 2009, at 9:00 a.m.

The requested continuance is based on the need for recently retained defense counsel to complete a review of the discovery provided in this matter. The parties agree, and the Court finds and holds, as follows:

    I.        The status hearing is continued to May 4, 2009 at 9:00 a.m.

    II.       The time between April 20, 2009 and May 4, 2009 is excluded under the Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would

1 | unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by
3 | granting the requested continuance outweigh the best interest of the public and the defendant in a speedy
4 | 
5 | trial and in the prompt disposition of criminal cases.  18 U.S.C. § 3161(h).

DATED: April 16, 2009

                                  /s/ William P. Daley  
                                  William P. Daley  
                        Attorney for Wendell Christopher Scott

DATED:  April 16, 2009

                                  /s/ Joseph Fazioli  
                        Telephonically authorized to sign  
                               For Mr. Fazioli on 4-16-09  
                                      Joseph Fazioli,  
                        Assistant United States Attorney

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that the Status Hearing set for Monday, April 20, 2009, at 900 a.m., is continued Monday, May 4, 2009 at 9:00 a.m.

Further, the court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The time between April 20, 2009 and May 4, 2009 is excluded under the Speedy Trial Act

DATED:  May 7, 2009

*Ronald M. Whyte*

**Judge Ronald M. Whyte**
**United States District Judge**