1  William P. Daley
   California State Bar No. 53372
2  3871 Piedmont Ave., Ste. 321
   Oakland, CA 94611
3  (510 )384-4567
   (510) 893-4121
4
   Attorney for Wendell Christopher Scott

*E-FILED - 7/2/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | Case No.:   CR-09-00104-RMW |
|---|---|---|
|     Plaintiff, | ) | Stipulation and [] Order Continuing Status Hearing |
| vs. | ) | |
| Wendell Christopher Scott | ) | |
|     Defendant. | ) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Joseph Fazioli, and defendant Wendell Christopher Scott, by his counsel William P. Daley hereby stipulate and agree that the status hearing currently set for Monday, June 1, 2009 at 9:00 a.m., should be continued until Monday, July 6, 2009, at 9:00 a.m.

    The requested continuance is based on the need for defense counsel to complete a review of the discovery provided in this matter and to obtain supplemental discovery. The parties agree, and the Court finds and holds, as follows:

    I.    The status hearing is continued to July 6, 2009 at 9:00 a.m.

    II.    The time between June 1, 2009 and July 6, 2009 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny

Stipulation and Order Continuing Status Hearing - 1

defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. § 3161(h).

DATED: May 29, 2009

            /s/ William P. Daley
William P. Daley
Attorney for Wendell Christopher Scott

DATED:  May 29, 2009

            /s/ Joseph Fazioli
Telephonically authorized to sign
For Mr. Fazioli on 5-29-09
Joseph Fazioli,
Assistant United States Attorney

ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that the Status Hearing set for Monday, June 1, 2009, at 900 a.m., is continued Monday, July 6, 2009 at 9:00 a.m.

Further, the court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The time between June 1, 2009 and  July 6, 2009 is excluded under the Speedy Trial Act

DATED:  July 2, 2009



**Judge Ronald M. Whyte**
**United States District Judge**

Stipulation and Order Continuing Status Hearing - 3