BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 9/22/10*

Counsel for Defendant SCOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-00104 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[] ORDER** |
| | ) | |
| WENDELL CHRISTOPHER SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, September 16, 2010 at 2:00 p.m., be continued to Monday, October 4, 2010, at 9:00 a.m.  The continuance is requested because the defense requires time to discuss a potential disposition with Mr. Scott and prepare effectively.  Additionally, defense counsel will be out of the office from September 22 through 28, 2010.

    The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. 09-00104 RMW                                              1

1  Dated: 9/15/10                                    _____/s/_____
2                                                    LARA S. VINNARD
                                                     Assistant Federal Public Defender
3
   Dated: 9/15/10                                    _____/s/_____
4                                                    JOSEPH FAZIOLI
                                                     Assistant United States Attorney
5

6

7                                    **[] ORDER**

8      The parties have jointly requested a continuance of the hearing set for Thursday,

9  September 16, 2010, to allow time for the defense to discuss a potential disposition with Mr.

10 Scott and prepare effectively, and for continuity of counsel.

11     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

12 presently set for September 16, 2010, be continued to Monday, October 4, 2010, at 9:00 a.m.

13     Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

14 from September 16, 2010 to October 4, 2010, shall be excluded from the period of time within

15 which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

16

17 Dated: 9/22/10                                    _Ronald M. Whyte_____
                                                     RONALD M. WHYTE
18                                                   United States District Judge

19

20

21

22

23

24

25

26