1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSEPH FAZIOLI (CABN 275564)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5081
       E-Mail:  joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14                                          )  No. CR 09-00104 RMW
   UNITED STATES OF AMERICA,                )
15                                          )  STIPULATION AND []
           Plaintiff,                       )  ORDER RESETTING HEARING AND
16                                          )  RESPONSE DATES ON DEFENDANT'S
       v.                                   )  REQUEST TO DEFER RULING ON
17                                          )  GOVERNMENT'S FORFEITURE
   WENDELL SCOTT,                           )  MOTION; MOTION FOR RETURN OF
18                                          )  PROPERTY
           Defendant.                       )
19                                          )

20

21     By clerk's notice dated September 22, 2011, the Court set for hearing on October 24,

22  2011 the defendant's request to deter ruling on government's forfeiture motion and the

23  defendant's motion for return of property.  The Court also ordered the government to respond to

24  the motion by October 17, 2011.

25     The parties now jointly request that the date for the hearing be reset to October 31, 2011

26  and the date for the government's response be reset to October 25, 2011.  The grounds for the

27  parties' request is that the parties are conferring regarding the return of the defendants' property

28  (which includes various electronic media) that was seized by the government but is not subject to

STIPULATION AND [] ORDER
CR 09-00104 RMW

1  a forfeiture order. As part of this process, the government is working with the case agency to
2  facilitate the expeditious return of the defendant's non-forfeited property, while simultaneously
3  working to ensure that no contraband materials are returned to the defendant. In light of the
4  above, the parties agree, and the Court finds and holds, as follows:
5  1.     The currently October 24, 2011 hearing date is hereby reset to October 31, 2011.
6  2.     The government shall have October 25, 2011 to file a response to the defendant's
7  motion.

9  STIPULATED:
10 DATED:_____10/17/11_____          _____/s/_____
                                          LARA VINNARD
11                                        Assistant Federal Public Defender

13 DATED:_____10/17/11_____          _____/s/_____
                                          JOSEPH A. FAZIOLI
14                                        Assistant United States Attorney

15 IT IS SO ORDERED.
16 DATED:_____              *Ronald M. Whyte* (signature)
                                          RONALD M. WHYTE
17                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND [] ORDER
CR 09-00104 RMW